**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **21-01830-eg**

### ORDER TO APPEAR AND SHOW CAUSE

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**01/06/2023**



Entered: 01/06/2023

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case No. 21-01830-EG |
| DANA MICHELLE RICHARDSON, | Chapter 13 |
| Debtor. | **ORDER TO APPEAR AND SHOW CAUSE** |

THIS MATTER comes before the Court upon the Motion for Order to Appear and Show Cause, filed by the Chapter 13 Trustee on January 5, 2023, relating to the Order Authorizing Debtor to Incur Debt ("Order"), entered December 14, 2022, and an edited version of the Order which was allegedly provided to the potential lender. The Court finds good cause to inquire further into the matter, as it appears that the Order was altered without authorization of the Court.

Therefore, it is **ORDERED** that Debtor and her counsel shall appear before this Court, located at 145 King Street, Room 225, Charleston, South Carolina 29401, on February 2, 2023 at 10:30 a.m. to explain Debtor's involvement in the alteration of the Order and to show cause why the case should not be dismissed for cause under 11 U.S.C. § 1307(c) for bad faith conduct and/or why further sanctions should not be imposed, including the dismissal of the case with prejudice.[1] Any response to this Rule to Show Cause should be filed no later than January 18, 2023 at 4:00 p.m.

The Trustee is hereby directed to provide notice of this Order and Rule to Show Cause to Debtor, Debtor's counsel, and the United States Trustee.

**AND IT IS SO ORDERED.**

---

[1] This Court has inherent authority and statutory power to hold parties in civil contempt and to impose sanctions. *See* 11 U.S.C. § 105(a).